**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1945**

JOANA DESHIELD,

Plaintiff - Appellant,

v.

SDH EDUCATION EAST, LLC, d/b/a/ Sodexo, Incorporated,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:12-cv-00230-WO-JLW)

Submitted: October 17, 2013          Decided: October 21, 2013

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joana Deshield, Appellant Pro Se.  Kimberly Joyce Lehman, Gregory Phillip McGuire, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joana Deshield appeals from the district court's order granting summary judgment for the Defendant in her employment discrimination action. Deshield's case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised Deshield that failure to file timely objections to the recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845 46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Deshield has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we deny Deshield's motion to proceed in forma pauperis and affirm.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2